

United States District Court
Eastern District of California

| Vicente Avalos Garcia | |
|---|---|
| Plaintiff(s) | Case Number: 1:26-cv-01933-DC-CSK (HC) |

V.

| Sergio Albarran, Kristi Noem, Pamela Bondi, Christopher Chestnut | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, H. Atticus Ballesteros hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Vicente Avalos Garcia

On November 17, 2022 (date), I was admitted to practice and presently in good standing in the State of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Martinez v. Warden, No. 1:26-cv-01660-DAD-SCR (HC). Application made March 10, 2026.
Application granted March 10, 2026.

Date: March 16, 2026          Signature of Applicant: /s/    H. Atticus Ballesteros

**Pro Hac Vice Attorney**

Applicant's Name: Henry Atticus Ballesteros

Law Firm Name: Hecker Fink LLP

Address: 1050 K Street NW

Suite 1040

City: Washington    State: DC    Zip: 20001

Phone Number w/Area Code: (212) 763-0883

City and State of Residence: Washington, D.C.

Primary E-mail Address: aballesteros@heckerfink.com

Secondary E-mail Address: atticus.ballesteros@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Helia Bidad

Law Firm Name: Hecker Fink LLP

Address: 1050 K Street NW

Suite 1040

City: Washington    State: DC    Zip: 20001

Phone Number w/Area Code: (212) 763-0883    Bar # 348633

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 18, 2026

JUDGE, U.S. DISTRICT COURT

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Henry Atticus Ballesteros

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/17/2022 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of January, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois